IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01947-MSK-MEH

DUANE EILERTSON,

      Plaintiff,

v.

SMILES, INC., formerly known and doing business as
D BAR G OUTFITTERS, INC., a Colorado corporation,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 13, 2006.**

For good cause shown, Defendant's Unopposed Motion to Amend Scheduling Order [Filed April 11, 2006; Docket #15] is **granted**. The deadline for the joinder of parties, designation of responsible non-parties, and amendment of pleadings is reset to June 1, 2006.