IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01947-MSK-MEH

DUANE EILERTSON,

      Plaintiff,

v.

SMILES, INC., f/k/a and d/b/a D Bar G Outfitters, Inc.,
a Colorado, corporation,

      Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE
_____

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice **(#25)** filed June 23, 2006.  The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  *The Clerk shall close this case.*

DATED this 23rd day of June, 2006.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge